■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

KENNETH ALEXANDER, Appellant.

Mangano, J. P., Brown, Rubin and Eiber, JJ., concur.